

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2020

No. 04-17-00810-CV

**CODY, TEXAS, L.P.,**
Appellant

v.

**BPL EXPLORATION, LTD.,**
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,665
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Sitting:[1]    Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice,
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

On December 27, 2019, appellant filed a Motion for Rehearing. After consideration, the motion is DENIED. *See* TEX. R. APP. P. 49.3.

_____
Beth Watkins, Justice

---

[1] Justice Rebeca C. Martinez is recused.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2020.



MICHAEL A. CRUZ,
Clerk of Court